# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| ANTHONY MIMMS, M.D., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:15-cv-00970-TWP-MJD |
| CVS PHARMACY, INC. a Rhode Island corporation, | ) ) ) |
| Defendant. | ) ) |
| INDIANA ATTORNEY GENERAL, Medicaid Fraud Control Unit, | ) ) ) |
| Interested Partys. | ) |

## ENTRY ON PARTIES' OBJECTIONS
## TO THE VIDEO TRIAL DEPOSITION OF CLINT THOMAS

On March 24, 2017, the parties filed designations and objections to the video trial deposition of Clint Thomas. ([Filing No. 270](#) .) Plaintiff Anthony Mimms ("Dr. Mimms") objected to six portions of the video deposition and Defendant CVS Pharmacy, Inc. ("CVS") objected to one portion. The Court makes the following rulings:

- CVS's objection to section 85:21-90:18 is overruled. CVS objection goes to the weight, not the admissibility of this evidence.

- Dr. Mimms' objections with respect to sections 107:25-108:8, is overruled.

- Dr. Mimms objection with respect to section 112:23-114:1, is overruled to the extent the designated testimony refers to years 2013 through 2015.

- Dr. Mimms' objection to sections 118:22-123:14, is sustained.

- Dr. Mimms' objections with respect to sections 127:16-17 is overruled.

- Dr. Mimms' objections with respect to sections 128:25-129:1-7 is sustained; with respect to sections 129:8-15, the objection is overruled.

- Dr. Mimms' objections with respect to sections 132:3-9 is sustained.

Accordingly, the sustained portions of the deposition should be stricken from the video.

**SO ORDERED**.

Date: 3/28/2017

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jason D. May
jason.may@jasonmaylaw.com

Dennis P. Stolle
BARNES & THORNBURG LLP
(Indianapolis)
dstolle@btlaw.com

Jonathan W. Garlough
FOLEY & LARDNER LLP
jgarlough@foley.com

Robert H. Griffith
FOLEY & LARDNER LLP
rgriffith@foley.com

Alice McKenzie Morical
HOOVER HULL TURNER LLP
amorical@hooverhullturner.com

Amanda L.B. Mulroony
HOOVER HULL TURNER LLP
amulroony@hooverhullturner.com

Andrew W. Hull
HOOVER HULL TURNER LLP
awhull@hooverhullturner.com

Ryan Edwin Galloway
LAW OFFICE OF JASON D. MAY
ryan.galloway@jasonmaylaw.com

Stephanie Michelle Payne
LAW OFFICE OF JASON D. MAY, LLC
spayne@jasonmaylaw.com