UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ANTHONY MIMMS, M.D., )
)
        Plaintiff, )
)
v. ) Case No. 1:15-cv-00970-TWP-MJD
)
CVS PHARMACY, INC. a Rhode Island )
corporation, )
)
        Defendant. )
)

## VERDICT FORM

1. Do you find that Dr. Mimms proved that he was defamed by the following statement: On or around June 24, 2014, a CVS pharmacist named Tony told Terry McIntosh that "we don't fill prescriptions for Dr. Mimms or any other pill mills."?

    Choose one:  **✓** Yes  _____ No

1a. If your answer to question No. 1 was "yes", did such statement rise to the level of defamation *per se* in that it imputed: (1) criminal conduct; (2) a loathsome disease; **(3)** misconduct in a person's trade, profession, office, or occupation; or (4) sexual misconduct.

    Choose one:  **✓** Yes  _____ No

2. Do you find that Dr. Mimms proved that he was defamed by the following statement: On or around October 3, 2014, a CVS pharmacy technician named Alexis told Dr. Mimms's patient Judith Mason that "Dr. Mimms was under investigation by the DEA."?

    Choose one:  **✓** Yes  _____ No

2a. If your answer to question No. 2 was "yes", did such statement rise to the level of defamation *per se* in that it imputed: **(1)** criminal conduct; (2) a loathsome disease; (3) misconduct in a person's trade, profession, office, or occupation; or (4) sexual misconduct.

    Choose one:  **✓** Yes  _____ No

3. Do you find that Dr. Mimms proved that he was defamed by the following statement: a CVS pharmacy technician named Dana told Dr. Mimms's patient Kim Petro that CVS would not fill a prescription because "we cannot fill for Dr. Mimms anymore because he went to jail[.]"?

   Choose one: ✓ Yes ____ No

3a. If your answer to question No. 3 was "yes", did such statement rise to the level of defamation *per se* in that it imputed: (1) criminal conduct; (2) a loathsome disease; (3) misconduct in a person's trade, profession, office, or occupation; or (4) sexual misconduct.

   Choose one: ✓ Yes ____ No

4. Do you find that Dr. Mimms proved that he was defamed by the following statement: In March 2015, either a CVS pharmacist or a pharmacy technician who was male, Caucasian, with dark hair and lean build named Eric or Ryan told Dr. Mimms's patient Deborah Doyle-Blanton that Dr. Mimms "has been arrested, and if he hasn't, he's about to be."?

   Choose one: ✓ Yes ____ No

4a. If your answer to question No. 4 was "yes", did such statement rise to the level of defamation *per se* in that it imputed: (1) criminal conduct; (2) a loathsome disease; (3) misconduct in a person's trade, profession, office, or occupation; or (4) sexual misconduct.

   Choose one: ✓ Yes ____ No

5. We find that Dr. Mimms is entitled to the following amount of damages (if any) for the statement(s) identified in Nos. 1 through 4 above for which we have answered "yes".

   1. $ 275,000
   2. $ 200,000
   3. $ 275,000
   4. $ 275,000

Date: 3/31/2017    Foreperson: ▮